TALIAFERRO *vs.* KING ET ALS.

APPEAL FROM THE COURT OF THE SEVENTH JUDICIAL DISTRICT, THE JUDGE THEREOF PRESIDING.

The service of citation without the petition of appeal, is defective and insufficient. The Code of Practice, articles 581-2, expressly require the service of both.

When the service of the process of appeal is defective and insufficient, the appeal will be dismissed on the motion of the appellee.

This is an injunction case. The plaintiff obtained an injunction to stay an execution which issued against him, in the name of the widow and heir of Thomas A. King, for seven hundred dollars, on the ground, that, since obtaining the judgment, on which said execution issued, he purchased a claim against the estate of Thomas A. King, now deceased, amounting to one thousand dollars, which he offers in compensation of the judgment and execution against him. The clerk of the District Court, for the parish of Catahoula, in which the parties reside, granted the injunction and stayed all proceedings, until they could be heard on their respective claims.

On motion, the district judge dissolved the injunction, on the ground that the case was properly cognizable by the Court of Probates, and that the District Court was without jurisdiction. The plaintiff in the injunction appealed.

The appeal was allowed, returnable to the Supreme Court at Alexandria, on the first Monday of October, 1834.

The sheriff of Catahoula, in making service of the appeal, made the following return on the back of the original citation: "Served on Mrs. Mary King, the copy of the *within notice*, on the same day as received.    3 September, 1834."

*Winn* for the defendants and appellees, moved to dismiss the appeal for want of legal service. The sheriff's return

46

WESTERN DIST.
*October, 1834.*

PRUDHOMME
*vs.*
VIENNE'S ESTATE

The service of the citation without the petition of appeal, is defective and insufficient. The Code of Practice, articles 581—2, expressly require the service of both.

When the service of the process of appeal is defective and insufficient, the appeal will be dismissed on the motion of the appellee.

shows there was no copy of the petition served on the appellees, as is required by law.

*Thomas,* contra.

*Martin, J.,* delivered the opinion of the court.

This case comes before the court on a motion to dismiss the appeal. The dismissal is claimed on the ground of defective service of the appeal on the appellee. It appears that a copy of the petition of appeal did not accompany the copy of the citation.

The service of the citation, without the petition of appeal, is defective and insufficient. The Code of Practice, articles 581, 582, expressly require the service of both.

The appeal must, therefore, be dismissed.